AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PROGRESSIVE EXPRESS INSURANCE COMPANY, <br> *Plaintiff* <br> v. <br> YVETTE RIVERA, as Personal Representative, et. al. <br> *Defendant* | ) <br> ) <br> ) Case No. <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PROGRESSIVE EXPRESS INSURANCE COMPANY.

Date: 07/29/2024

/s/ Patrick K. Dahl
*Attorney's signature*

Patrick K. Dahl (FL 84109)
*Printed name and bar number*

Morgan, Akins & Jackson, PLLC
501 E. Las Olas Blvd., Suite 300
Ft. Lauderdale, FL 33301
*Address*

pdahl@morganakins.com
*E-mail address*

(754) 255-3010
*Telephone number*

(215) 600-1303
*FAX number*